CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 26 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 4:18CR00028 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **DONTE BRUCE HAWKINS**, | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

*Donte Bruce Hawkins, Pro Se.*

Defendant was sentenced by the late District Judge Jackson L. Kiser of this Court on July 11, 2019, to 120 months' imprisonment. He has now filed a "Motion for CR/RS [correction/reduction of sentence]" in which he seeks an order reducing his sentence to reflect time served in state custody prior to sentencing.

The Bureau of Prisons (BOP) and not the sentencing court is responsible for granting an inmate credit against his criminal sentence for jail time served before sentencing. *United States v. Wilson,* 503 U.S. 329, 334 (1992). Furthermore, "[j]udicial review [of BOP computations of sentence] must be sought under 28 U.S.C. § 2241 in the district of confinement rather than in the sentencing court." *United States v. Miller,* 871 F.2d 488, 490 (4th Cir. 1989). Defendant is confined at Beckley FCI, located in the Southern District of West Virginia.

For these reasons, it is **ORDERED** that the Motion, ECF No. 54, is DENIED.

The Clerk shall send a copy of this Order to Defendant.

ENTER: July 26, 2022

/s/ JAMES P. JONES
Senior United States District Judge